# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOHNNY LEE MILLS**                                                                                   **PLAINTIFF**
**ADC #101074**

v.                                              Case No. 4:23-cv-00659-KGB

**JAMES HOOT GIBSON**                                                                        **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 23). Plaintiff Johnny Lee Mills has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendant James Hoot Gibson's motion for summary judgment (Dkt. No. 17). Mr. Mills' claims are dismissed without prejudice.

It is so ordered this the 9th day of July, 2024.

Kristine G. Baker
Chief United States District Judge